74 P.3d 1005

# SUPREME COURT OF HAWAI'I

SCI Management Corp. v. Sims ... 24485 07/09/2003 Granted in 101 Hawai'i 438,
 part, De- 71 P.3d 389
 nied in part